IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DAYZON MCCARTHY,

Defendant.

25-CR-71



---

### INFORMATION
(Title 18, United States code, Section 933(a)(3))

### COUNT 1

### The United States Attorney Charges That:

Beginning on or about June 20, 2024, and continuing until on or about July 3, 2024, in the Western District of New York, the defendant, **DAYZON MCCARTHY**, did ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, to wit: (i) One (1) Glock Inc. Model 44, .22 Caliber Pistol bearing serial number AEDV964 equipped with a 3D printed back plate auto sear, also known as a "Glock Switch" or machinegun conversion device; (ii) One (1) Beretta Corp. Model 21A Lady Beretta bearing Serial Number: DAA057413; and (iii) One (1) Davis Industries Model P380 .380 Caliber Pistol bearing Serial Number: ap488592; to an individual known to the U.S. Attorney, in or otherwise affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the individual would constitute a felony.

**All in violation of Title 18, United States Code, Section 933(a)(1).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of Count 1 of this Information, the defendant, **DAYZON MCCARTHY**, shall forfeit to the United States, all his right, title and interest in any firearm, ammunition, magazines, and firearm accessories involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized from the defendant by law enforcement at 1311 Willow Avenue, Niagara Falls, New York, on or about August 14, 2024

### FIREARMS, AMMUNITION, MAGAZINES AND FIREARM ACCESSORIES:

a. One (1) Glock 43 pistol, 9 CAL, S/N CCL5134, with attached magazine;

b. Nine (9) rounds of 9 CAL ammunition;

c. One (1) Glock 17 pistol, 9 CAL, S/N SGL117, with attached machinegun conversion device;

d. One (1) Glock 26 pistol, 9 CAL, S/N ACKB758, with attached magazine;

e. One (1) black PMF pistol, S/N A9VC693, with attached machinegun conversion device;

f. One (1) Ruger 57, S/N 641-97530, with attached magazine;

g. Sixteen (16) rounds of 5.7 CAL ammunition;

h. One (1) Diamondback DB-15 AR pistol, .223 CAL, S/N 1803855;

i. One (1) silver machinegun conversion device;

j. One (1) Glock pistol, lower receiver, S/N KA205525;

k. One (1) box w/ six (6) switches;

l. One (1) Glock 26 pistol, 9 CAL, S/N BSRM706, with attached magazine;

    m. One (1) blue attached machinegun conversion device;

    n. Unknown quantity of 9 CAL Sig Saur Ammunition;

    o. Three (3) boxes of assorted ammunition;

    p. One (1) Glock 27 pistol, 40 CAL, S/N CBWA284;

    q. One (1) Heckler & Koch USP Pistol, Lower Receiver, S/N 27003471;

    r. One (1) Glock 19 pistol, Lower Receiver;

    s. One (1) Glock 19 pistol, Upper Receiver S/N GEM208; and

    t. Assorted rounds of ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, June __5__, 2025

                                     MICHAEL DIGIACOMO
                                     United States Attorney

BY: _Donna Duncan for Jeffrey Intravatola_
        JEFFREY E. INTRAVATOLA
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5858
        Jeffrey.Intravatola@usdoj.gov